In the Matter of ISIDOR REINHARD, Respondent, against M. MAL DEITCH, Appellant. (Two Proceedings.)

Submitted April 2, 1951; decided April 12, 1951.

*M. Mal Deitch,* in person, for motions.

*Jacob F. Raskin* and *Milton Haselkorn* opposed.

Motions dismissed, with $10 costs and necessary printing disbursements, upon the ground that the orders do not finally determine the matters within the meaning of the Constitution.